[No. 2599.]

BEAMAN v. STEWART.

*Appeal from the County Court of Pueblo County.*

Mr. WILLIAM B. VATES, for appellant.

Mr. L. A. CRANE and Mr. H. G. BELL, for appellee.

MAXWELL, J.

This case was submitted upon the record and briefs filed in No. 2325, *Beaman v. Stewart, ante,* page 226, and involves the same questions, so far material to a determination of this controversy, and for reasons there given the judgment will be affirmed.

*Affirmed.*